IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE ARMANDO RIOS SANDOVAL,<br>  also known as "Guerro" | Docket No. 3:11-cr-156-RJC<br><br>*UNDER SEAL* |

### ORDER UNSEALING BILL OF INDICTMENT AND ARREST WARRANT

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and arrest Warrant be unsealed, because there is no longer a need to protect their secrecy,

IT IS HEREBY ORDERED that the Bill of Indictment and arrest Warrant in this matter be UNSEALED, but that the various sealing and unsealing motions and orders remained SEALED until further order of this Court.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office.

SO ORDERED this 9 day of October 2012.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE